## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT OWENSBORO
*Electronically Filed*

| | |
|---|---|
| CONNIE MAYES<br><br>   Plaintiff<br><br>v.<br><br>FCA US LLC<br><br>   Defendant | Civil Action No. 4:19-cv-00015-JHM |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

  By agreement of Plaintiff Connie Mayes and Defendant FCA US LLC ("FCA US"), and the Court being otherwise sufficiently advised;

  **IT IS HEREBY ORDERED AND ADJUGED** that all claims Plaintiff has asserted against FCA US are hereby DISMISSED in their entirety and with prejudice, with each party to bear its own costs.

  This is a final and appealable order, there being no just cause for delay of its entry.

**HAVE SEEN AND AGREED:**

<u>s/ *D. Christopher Robinson*</u>
D. Christopher Robinson
Samuel W. Wardle
Frost Brown Todd LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202
T: (502) 589-5400
F: (502) 581-1087
crobinson@fbtlaw.com
swardle@fbtlaw.com
*Counsel for Defendant,*
*FCA US LLC*

<u>*s/ Jeffrey T. Sampson w/permission*</u>
Jeffrey T. Sampson
THE SAMPSON LAW FIRM
450 South Third Street, 4th Floor
Louisville, KY 40202
jeff@slftrial.com
*Counsel for Plaintiff*