# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT OWENSBORO
*Electronically Filed*

| | |
|---|---|
| CONNIE MAYES<br><br>        Plaintiff<br><br>v.<br><br>FCA US LLC<br><br>        Defendant | Civil Action No. 4:19-cv-00015-JHM |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

By agreement of Plaintiff Connie Mayes and Defendant FCA US LLC ("FCA US"), and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUGED** that all claims Plaintiff has asserted against FCA US are hereby DISMISSED in their entirety and with prejudice, with each party to bear its own costs.

This is a final and appealable order, there being no just cause for delay of its entry.

*Joseph H. McKinley*

Joseph H. McKinley Jr., Senior Judge
United States District Court

December 21, 2020

**HAVE SEEN AND AGREED:**

| | |
|---|---|
| *s/ D. Christopher Robinson*_____ | *s/ Jeffrey T. Sampson w/permission* |
| D. Christopher Robinson | Jeffrey T. Sampson |
| Samuel W. Wardle | THE SAMPSON LAW FIRM |
| Frost Brown Todd LLC | 450 South Third Street, 4th Floor |
| 400 West Market Street, 32nd Floor | Louisville, KY 40202 |
| Louisville, Kentucky 40202 | jeff@slftrial.com |
| T: (502) 589-5400 | *Counsel for Plaintiff* |
| F: (502) 581-1087 | |
| crobinson@fbtlaw.com | |
| swardle@fbtlaw.com | |
| *Counsel for Defendant,* | |
| *FCA US LLC* | |